UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| FABIAN VAKSMAN,<br><br>      Plaintiff,<br><br>  -vs-<br><br>ADAM EISENBERG, SUZANNE HATFIELD, MIKE FINKLE, CITY OF SEATTLE, et al.,<br><br>      Defendants. | NO. CV-07-236-LRS<br><br>ORDER OF DISMISSAL |

On September 11, 2007, the Court issued an ORDER RE SEPTEMBER 5, 2007 TELEPHONIC STATUS CONFERENCE (Ct. Rec. 42), requiring Plaintiff Fabian Vaksman to file an amended complaint complying with Federal Rule of Civil Procedure 8(a). On September 18, 2007 Plaintiff filed "Plaintiff's First Amended Complaint for False Arrest/Imprisonment Under 42 USC 1983 in Expressed Violation of Plaintiff's Rights Under 5 USC 552(b), and Petition for Injunctive Relief," Ct. Rec. 43. Previously, on July 27, 2007, the Court denied Plaintiff's request for immediate injunctive relief. Ct. Rec. 7.

Liberally construing Plaintiff's First Amended Complaint, the Court finds the amended complaint is not in compliance with the Federal Rules Of Civil Procedure 8(a). In particular, the Court finds that the amended complaint does not set forth specific facts upon which the Plaintiff

ORDER - 1

relies in claiming the liability of each named defendant.  Further, the First Amended Complaint fails to include sufficient facts to establish federal subject-matter jurisdiction.

**IT IS ORDERED** that the above-titled case be DISMISSED WITHOUT PREJUDICE and the file be CLOSED in this matter.

**IT IS SO ORDERED.**  The District Court Executive is directed to file this Order and provide a copy to Plaintiff and counsel for Defendants.

DATED this 9th day of October, 2007.

s/Lonny R. Suko
_____

_____
LONNY R. SUKO
UNITED STATES DISTRICT JUDGE

ORDER   -  2